UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AL JOSEPH,

                Plaintiff,

     -against-                                       **ORDER**
                                                           03-CV-2470 (NG) (RML)

WORLDWIDE FLIGHT SERVICES, INC.,

                Defendant.
-----------------------------------------------------------x

**GERSHON, United States District Judge:**

No objections having been filed, the thorough, persuasive, and unopposed Report and Recommendation of Judge Levy is hereby adopted in its entirety. The terms of the June 28, 2005 settlement agreement shall be enforced. Pursuant to the stipulation of discontinuance, dated June 28, 2005, the case is dismissed with prejudice.

                                                        **SO ORDERED.**

                                                        /s/ *Nina Gershon*
                                                        **NINA GERSHON**
                                                        **United States District Judge**

Dated: March 30, 2007
       Brooklyn, New York