UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AL JOSEPH,

                     Plaintiff,

-against-

WORLDWIDE FLIGHT SERVICES, INC.,

                     Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV-2470 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ APR 20 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Nina Gershon, United States District Judge, having been filed on March 30, 2007, adopting the unopposed Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 1, 2007; ordering that the terms of the June 28, 2005 Settlement Agreement be enforced; and dismissing the case, with prejudice, pursuant to the Stipulation of Discontinuance dated June 28, 2005; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; that the terms of the June 28, 2005 Settlement Agreement be enforced; and that the case is dismissed, with prejudice, pursuant to the Stipulation and Discontinuance dated June 28, 2005.

Dated: Brooklyn, New York
       April 20, 2007

s/
_____
ROBERT C. HEINEMANN
Clerk of Court